## JOHNSON *v.* CUMMING.

FISH, J. The only ground of the motion for a new trial alluded to in the brief of counsel for plaintiff in error being the general one, that the verdict is contrary to law and the evidence, and there being ample evidence to support the verdict, the judgment overruling the motion for new trial must be affirmed.
                  · *Judgment affirmed. All the Justices concurring.*

Argued November 14, — Decided December 12, 1901.

Equitable petition. Before Judge Reagan. Pike superior court. April 29, 1901.

*E. F. Dupree,* for plaintiff in error.
*R. T. Daniel* and *J. F. Redding,* contra.